# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE GAVURA,<br><br>    Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21-cv-08372-CBM-Ex<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**   **[JS-6]** |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

IT IS SO ORDERED.

DATED: AUGUST 4, 2022

_____
Honorable Consuelo B. Marshall
United States District Judge

**GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
Case No. 2:21-cv-08372-CBM-E